IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| TERESA BONIFATTO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:13-MC-00124-MOC-DSC |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

THIS CAUSE is before the Court upon the Motion of the United States of America, on behalf of itself, Federal Respondent the Internal Revenue Service and Federal Respondent Justin Bourne in his official capacity, seeking a stay of proceedings in this case.

Upon consideration of the Motion of the United States for the reasons stated in the Motion and for good cause shown,

IT IS ORDERED that the proceedings in this case are STAYED pending further orders of this Court.

**SO ORDERED**.

Signed: October 7, 2013

David S. Cayer
United States Magistrate Judge