IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| TERESA BONIFATTO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:13-MC-00124-MOC-DSC |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

**THIS CAUSE** is before the Court sua sponte.

**IT IS ORDERED** that the **STAY** of proceedings in this case is **LIFTED**.

**SO ORDERED**.

Signed: October 24, 2013

David S. Cayer
United States Magistrate Judge